MEMORANDUM **

Sukhjinder Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based upon lack of notice and ineffective assistance of counsel.[1]

The regulations provide that a party may file a motion to reopen "no later than 90 days after the date on which the final administrative decision was rendered in the proceeding sought to be reopened . . ." *See* 8 C.F.R. § 1003.2(c)(2). Therefore, the BIA did not abuse its discretion in denying petitioner's motion to reopen, filed more than 7 years after issuance of the final administrative order in petitioner's case. *See id.*

Further, the BIA did not abuse its discretion in declining to equitably toll the deadline where the BIA found that petitioner had not exercised due diligence in prosecuting his claim of ineffective assistance of counsel. *See, e.g., Rodriguez–Lariz v. INS,* 282 F.3d 1218, 1223–24 (9th Cir.2002).

Accordingly, we grant respondent's motion to summarily deny this petition for review. All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) is vacated forthwith.

**PETITION FOR REVIEW DENIED.**

**Felipe Osorio MERINO; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–75249.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2007.*

Filed May 14, 2007.

Felipe Osorio Merino, Santa Ana, CA, pro se.

Teodora Osorio, Santa Ana, CA, pro se.

CAC–District, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Carol Federighi, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

Respondent's opposed motion for summary disposition is granted because the

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Petitioner's motion to exceed the page limits for the opposition is granted.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The agency did not abuse its discretion in denying petitioners' motion to reopen as untimely. *See* 8 C.F.R. § 1003.2(c)(2). Accordingly, this petition for review is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**

**Cirino Rubio SERRATO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–75245.

United States Court of Appeals, Ninth Circuit.

Submitted May 7, 2007.*

Filed May 14, 2007.

Cirino Rubio Serrato, Azusa, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA,

Jonathan F. Potter, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The agency did not abuse its discretion in denying petitioner's motion as numerically-barred. *See* 8 C.F.R. § 1003.2(b)(2), (c)(3). Accordingly, this petition for review is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.